**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00544-CR

**PAMELA DIANE CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 29541**

## ORDER

The Court **REINSTATES** the appeal.

On September 10, 2015, we denied appellant's second motion to extend time to file her brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Jason Duff; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel assured the trial court that he would file appellant's brief by October 9, 2015. The Court has received appellant's brief.

We **ORDER** appellant's brief filed as of the date of this order

/s/  LANA MYERS
    JUSTICE